## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

GREGORY SESSION,

    Plaintiff,

v.                                                    Case No.: _____

H.D. "GATOR" DELOACH, in his
Official Capacity as SHERIFF,
PUTNAM COUNTY, FLORIDA,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION:

COMES NOW, Defendant, H.D. "GATOR" DELOACH, in his Official Capacity as SHERIFF, PUTNAM COUNTY, FLORIDA (the "Sheriff"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully notices this Court to assume jurisdiction in the above-captioned matter. In support thereof, the Sheriff states the following:

1. Plaintiff, GREGORY SESSION ("Plaintiff"), filed a civil action in the Circuit Court of the Seventh Judicial Circuit in and for Putnam County, Florida, as styled above (a copy of Plaintiff's Complaint and all process,

pleadings, and orders served upon the Sheriff are attached as exhibits hereto), on or about December 7, 2022 and an Amended Complaint on January 13, 2023. Plaintiff first served the Sheriff with the lawsuit on January 27, 2023 by providing copies of the Summons, Case Management Order, and Amended Complaint.

2.    Plaintiff's Complaint alleges a violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. ("Title VII"), 42 U.S.C. § 1981 ("Section 1981"), the Americans with Disabilities Act Amendments Act ("ADAAA"), and the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq*. ("FMLA").

3.    Plaintiff's Complaint also alleges violations of the Florida Civil Rights Act, § 760.01-760.11 ("FCRA") and Florida Statute § 440.205 ("Florida Workers' Compensation Law").

4.    Accordingly, this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 in that Plaintiff's claims pursuant to Title VII, Section 1981, ADAAA, and the FMLA are asserted under the laws of the United States.

5.    In addition, this Court has supplemental jurisdiction over the additional claims brought under the FCRA and Florida Workers' Compensation Law, pursuant to 28 U.S.C. §1367, because the FCRA and Florida Workers' Compensation claims are so related to the Title VII, Section

1981, ADAAA, and the FMLA claims within the original jurisdiction of this Court, as they form part of the same case or controversy under Article III of the United States Constitution. Indeed, all claims brought by Plaintiff in this action concern at their core the reason for the Sheriff's termination of Plaintiff's employment.

6.    Thus, this action may be removed to this Court by the Sheriff pursuant to the provisions of 28 U.S.C. § 1441(c).

7.    Pursuant to 28 U.S.C. § 1446(b), the Sheriff has timely filed this Notice of Removal.

8.    Pursuant to 28 U.S.C. § 1446(d) a true and complete copy of this Notice of Removal has been submitted for filing with the Clerk of the Circuit Court of the Seventh Judicial Circuit in and for Putnam County, Florida.

9.    Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the Sheriff will file its response to Plaintiff's Complaint within seven (7) days from the filing of this Notice of Removal.

WHEREFORE, the Sheriff prays that this Notice of Removal be deemed good and sufficient, and that Plaintiff's Complaint be removed from the Circuit Court of the Seventh Judicial Circuit in and for Putnam County, Florida, into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring it copies of all records and proceedings in such civil action and proceed as if it had been

originally commenced in this Court.

Dated: February 16, 2023  Respectfully submitted,

          */s/ Justin S. Swartz*
          Jason E. Vail
          Florida Bar No. 0014031
          jvail@anblaw.com
          Justin S. Swartz
          Florida Bar No. 91232
          jswartz@anblaw.com
          **ALLEN, NORTON & BLUE, P.A.**
          906 North Monroe Street, Suite 100
          Tallahassee, Florida 32303
          (850) 561-3503
          (850) 561-0332 (Facsimile)
          Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February 2023, a true and correct copy of the foregoing was served via electronic mail to:

Anthony Hall
Florida Bar No.: 40924
Julien W. Maynard
Florida Bar No.: 1035332
THE LEACH FIRM, P.A.
631 S. Orlando Avenue, Suite 300
Winter Park, Florida 32789
Phone: (407) 574-4999
ahall@theleachfirm.com
jmaynard@theleachfirm.com
yhernandez@theleachfirm.com
*Counsel for Plaintiff*

          */s/ Justin S. Swartz*
          Attorney